**United States District Court**
For the Northern District of California

1

2

3

4  UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6

7  AT&T MOBILITY, LLC,                              No.  C 11-03992 JCS

8            Plainitff(s),                          NOTICE OF IMPENDING
                                                    REASSIGNMENT TO A UNITED STATES
9       v.                                          DISTRICT JUDGE

10  LESLIE BERNARDI, ET AL.,

11           Defendant(s).

12  _____/

13          The Clerk of this Court will now randomly reassign this case to a United States District

14  Judge because:

15          [X] One or more of the parties has requested reassignment to a United States District Judge

16  or has not consented to the jurisdiction of a United States Magistrate Judge.

17          [] One or more of the parties has sought a type of judicial action (e.g., a temporary

18  restraining order) that a United States Magistrate Judge may not take without the consent of all

19  parties, the necessary consents have not been secured, and time is of the essence.

20          ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

21  SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

22  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

23

24  Dated:  August 31, 2011

25                                                  Richard W. Wieking, Clerk
                                                    United States District Court
26
                                                    Karen L. Hom
27                                                  By: Karen L. Hom
                                                    Courtroom Deputy
28  cc:  Intake