1  DONALD M. FALK (SBN 150256)
   JOHN M. NEUKOM (SBN 275887)
2  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA 94306-2112
4  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
5  Email: dfalk@mayerbrown.com
           jneukom@mayerbrown.com
6

7  Attorneys for Plaintiff AT&T MOBILITY LLC

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 AT&T MOBILITY LLC,

13              Plaintiff,

14       v.

15 LESLIE BERNARDI and LAURA BARRETT,

16              Defendants.

Case No. 3:11-cv-03992-CRB

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND STAY OF FILING OF SUBSTANTIVE MOTIONS**

Hon. Charles R. Breyer

WHEREAS, on August 12, 2011, Plaintiff AT&T Mobility LLC ("AT&T") commenced this action by filing the Complaint;

WHEREAS, on August 19, 2011, Scott Bursor of Bursor & Fisher PA agreed to accept service of process electronically on behalf of his clients, Defendants Leslie Bernardi and Laura Barrett;

WHEREAS, the parties stipulate that the Defendants' obligation to respond to the complaint shall be extended until September 9, 2011;

WHEREAS, to accommodate the schedules of counsel, the parties stipulate that no party will file any substantive motion in this action, including any application under Federal Rule of Civil Procedure 65, before September 9, 2011, unless arbitrators are appointed in any of the arbitration proceedings referenced in the Complaint;

**THEREFORE, IT IS HEREBY STIPULATED** that Defendants' time to respond to the Complaint shall be stayed until September 9, 2011, and no party shall file any substantive motion in this action before September 9, 2011, unless arbitrators are appointed in any of the arbitration proceedings referenced in the Complaint.

**AGREED TO BY:**

| **BURSOR & FISHER P.A.** | **MAYER BROWN LLP** |
|---|---|
| By: /s/ Scott A. Bursor | By: /s/ John M. Neukom |
| Scott A. Bursor (application for admission *pro hac vice* forthcoming) | Donald M. Falk (SBN 150256) |
| Joselph I. Marchese (application for admission *pro hac vice* forthcoming) | John M. Neukom (SBN 275887) |
| | Two Palo Alto Square, Suite 300 |
| | 3000 El Camino Real |
| 369 Lexington Avenue, 10th Floor | Palo Alto, California 94306-2112 |
| New York, NY 10017 | Telephone: (650) 331-2000 |
| Telephone: (212) 989-9113 | Facsimile: (650) 331-2060 |
| Facsimile: (212) 989-9163 | Email: dfalk@mayerbrown.com |
| Email: scott@bursor.com | jneukom@mayerbrown.com |
| jmarchese@bursor.com | |

```
 1  L. Timothy Fisher
    Sarah N. Westcot
 2  BURSOR & FISHER, P.A.
    2121 North California Blvd., Suite 1010
 3  Walnut Creek, CA 94596
    Telephone: (925) 482-1515
 4  Facsimile: (925) 407-2700
    E-Mail: ltfisher@bursor.com
 5          swestcot@bursor.com

 6
    Barry L. Davis
 7  Aaron P. Davis
    THORNTON, DAVIS & FEIN, P.A.
 8  80 SW Eighth Street, 29th Floor
    Miami, FL 33130
 9  Telephone:  (305) 446-2646
    Facsimile:  (305) 441-2374
10  E-Mail:  davis@tdflaw.com
             adavis@tdflaw.com
11
12  Nadeem Faruqi
    Antonio Vozzolo
13  Faruqi & Faruqi LLP
    369 Lexington Ave., 10th Floor
14  New York, NY 10017
    Telephone: (212) 983-9330
15  Facsimile: (212) 441-2374
    E-Mail:  nfaruqi@faruqilaw.com
16           avozzolo@faruqilaw.com
17
```

*Attorneys for Defendants Leslie Bernardi and Laura Barrett*

Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.

Dated:  September  8, 2011                               /s/ John M. Neukom
                                                         John M. Neukom


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.



Dated:  September _9_, 2011           _____
                                      Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-CV-03992-CRB