1 DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
2 JOHN M. NEUKOM (SBN 275887)
  jneukom@mayerbrown.com
3 MAYER BROWN LLP
  Two Palo Alto Square, Suite 300
4 3000 El Camino Real
  Palo Alto, CA 94306-2112
5 Telephone: (650) 331-2000
  Facsimile: (650) 331-2060
6
  Attorney for Plaintiff AT&T Mobility LLC
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, | Case No. 3:11-cv-03992-CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE OVER-LENGTH MEMORANDA** |
| LESLIE BERNARDI and LAURA BARRETT, | |
| Defendants. | |

WHEREAS, on August 12, 2011, Plaintiff AT&T Mobility LLC ("ATTM") commenced this action by filing the Complaint;

WHEREAS, AT&T intends to file a Motion for Preliminary Injunction (the "Motion") seeking to enjoin defendants from pursuing their arbitration proceedings against ATTM and its parent company, AT&T Inc.;

WHEREAS, the parties agree that the issues presented by AT&T's Motion are of sufficient complexity and importance to require briefing in excess of the default twenty-five page limit specified by Civil Local Rule 7-2(b) or the fifteen-page limit specified in this Court's Standing Order 5;

**THEREFORE, IT IS HEREBY STIPULATED** between ATTM and Defendants that, with the Court's permission:

(1) ATTM's opening Memorandum of Points and Authorities in support of its Motion shall not exceed thirty pages; and

(2) Defendants' Memorandum of Points and Authorities in opposition to ATTM's Motion shall not exceed thirty pages.

**IT IS SO STIPULATED.**

September 9, 2011

| **BURSOR & FISHER P.A.** | **MAYER BROWN LLP** |
|---|---|
| By: /s/ Scott A. Bursor<br>  Scott A. Bursor (application for<br>    admission *pro hac vice* forthcoming)<br>  Joseph I. Marchese (application for<br>    admission *pro hac vice* forthcoming)<br><br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163<br>Email: scott@bursor.com<br>       jmarchese@bursor.com | By: /s/ Donald M. Falk<br>  Donald M. Falk (SBN 150256)<br><br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>Email: dfalk@mayerbrown.com |

| | |
|---|---|
| 1  L. Timothy Fisher | Andrew J. Pincus (application for admission |
|    Sarah N. Westcot | *pro hac vice* forthcoming) |
| 2  BURSOR & FISHER, P.A. | Evan M. Tager (application for admission *pro* |
|    2121 North California Blvd., Suite 1010 | *hac vice* forthcoming) |
| 3  Walnut Creek, CA 94596 | Archis A. Parasharami (application for |
|    Telephone: (925) 482-1515 | admission *pro hac vice* forthcoming) |
| 4  Facsimile: (925) 407-2700 | MAYER BROWN LLP |
|    E-Mail: ltfisher@bursor.com | 1999 K Street NW Washington, DC 20006 |
| 5         swestcot@bursor.com | Telephone: (202) 263-3000 |
|    | Facsimile: (202) 263-3300 |
| 6  | Email: etager@mayerbrown.com |
| 7  |        aparasharami@mayerbrown.com |
|    Barry L. Davis | |
| 8  Aaron P. Davis | *Attorneys for Plaintiff ATT Mobility LLC* |
|    THORNTON, DAVIS & FEIN, P.A. | |
| 9  80 SW Eighth Street, 29th Floor | |
|    Miami, FL 33130 | |
| 10 Telephone:  (305) 446-2646 | |
| 11 Facsimile:  (305) 441-2374 | |
|    E-Mail:  davis@tdflaw.com | |
| 12        adavis@tdflaw.com | |
| 13 | |
|    Nadeem Faruqi | |
| 14 Antonio Vozzolo | |
|    FARQUI & FARQUI LLP | |
| 15 369 Lexington Ave., 10th Floor | |
|    New York, NY 10017 | |
| 16 Telephone: (212) 983-9330 | |
| 17 Facsimile: (212) 441-2374 | |
|    E-Mail:  nfaruqi@faruqilaw.com | |
| 18        avozzolo@faruqilaw.com | |

*Attorneys for Defendants Leslie Bernardi and Laura Barrett*

   Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Donald M. Falk hereby attests that the signatories' concurrence in the filing of this document has been obtained.

                                          /s/ Donald M. Falk

                         [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated:  ___Sept. 14_____, 2011           _____
                                           Honorable Judge Charles R. Breyer

*IT IS SO ORDERED* — Judge Charles R. Breyer

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-03992-CRB