```
1  DONALD M. FALK (SBN 150256)
     dfalk@mayerbrown.com
2  JOHN M. NEUKOM (SBN 275887)
     jneukom@mayerbrown.com
3  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6
7  Attorney for Plaintiff AT&T Mobility LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE BERNARDI and LAURA BARRETT,<br><br>　　　　　　Defendants. | Case No. 3:11-cv-03992-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND TO COMPEL ARBITRATION |

PURSUANT TO STIPULATION:

(1) Defendants' deadline to file their reply brief in support of their Motion to Compel Arbitration shall be extended until October 4, 2011; and

(2) ATTM's deadline to file its reply brief in support of its Motion for Preliminary Injunction shall be extended until October 4, 2011.

**IT IS SO ORDERED**.

Dated:  September    30, 2011                    _____
                                                  Honorable Judge Charles R. Breyer

*[IT IS SO ORDERED — signed, Judge Charles R. Breyer, United States District Court, Northern District of California]*

---

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR REPLY
BRIEFS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION
AND TO COMPEL ARBITRATION; CASE NO. 3:11-CV-03992-CRB