DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
JOHN M. NEUKOM (SBN 275887)
  jneukom@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiff AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LESLIE BERNARDI and LAURA BARRETT,<br><br>　　　　　　Defendants. | Case No. 3:11-cv-03992-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE OVER-LENGTH REPLY MEMORANDA |

Pursuant to stipulation by the parties, the Court hereby ORDERS THAT:

(1) Defendants' Reply Memorandum in Support of their Motion to Compel Arbitration (Docket No. 17) shall not exceed twenty pages; and

(2) Plaintiff's Reply Memorandum in Support of its Motion for Preliminary Injunction (Docket No. 20) shall not exceed twenty pages.

Date:  October 7, 2011

_____
Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*