**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY LLC,

      Plaintiff,

    v.

LESLIE BERNARDI and LAURA
BARRETT,

      Defendants.

No. C 11-03992 CRB

**ORDER**

    Several parties have filed motions for leave to file *Amicus Curiae* briefs.  The Court orders as follows:

    1. The Motion of the Communications Workers of America (dkt. 10) seeking leave to file an brief, along with a supporting declaration, as *Amicus Curiae* in this case is GRANTED.  The Clerk of the Court shall docket the *Amicus Curiae* brief, and the supporting declaration, that were submitted on September 8, 2011 with Communications Workers of America's motion for leave.

    2. The Motion of T-Mobile USA, Inc. (dkt. 53) seeking leave to file a brief, along with supporting documentation, as Amicus Curiae in this case is GRANTED.  The Clerk of the Court shall docket the *Amicus Curiae* brief, and the supporting documentation, that were submitted on September 14, 2011 with T-Mobile USA, Inc.'s motion for leave.

    3. The Motion of the States of Utah, Alabama, Georgia, Louisiana, New Mexico, North Dakota, Oklahoma, and West Virginia (dkt. 59), seeking leave to file a brief as *Amici*

1   *Curiae* in this case is GRANTED.  The Clerk of the Court shall docket the *Amici Curiae*

2   brief that was submitted on September 15, 2011 with the States' motion for leave.

3

4        **IT IS SO ORDERED.**

5

6

7   Dated: October 17, 2011                    CHARLES  R. BREYER
                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California