1  DONALD M. FALK (SBN 150256)
      dfalk@mayerbrown.com
2  JOHN M. NEUKOM (SBN 275887)
      jneukom@mayerbrown.com
3  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6
   Attorneys for Plaintiff AT&T Mobility LLC
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE BERNARDI and LAURA BARRETT,<br><br>　　　　Defendants. | Case No. 3:11-cv-03992-CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

1  WHEREAS, on August 12, 2011, Plaintiff AT&T Mobility LLC ("ATTM") commenced this action by filing the Complaint (Dkt. No. 1);

WHEREAS, on September 6, 2011, the Court entered an order scheduling a case management conference on December 2, 2011 and directing the parties to submit a joint case management statement at least seven days beforehand (Dkt. No. 8);

WHEREAS, on September 8, 2011, the Court related this action to *Schroeder v. AT&T Mobility LLC*, No. 3:11-cv-04412-CRB (N.D. Cal.) (Dkt. No. 15);

WHEREAS, on September 13, 2011, the Court entered an order in *Schroeder* scheduling a case management conference for the same time on December 2, 2011 as the conference in *Bernardi* (*Schroeder*, Dkt. No. 10);

WHEREAS, on October 26, 2011, the Court granted ATTM's motion for a preliminary injunction and denied the *Bernardi* defendants' motion to compel arbitration and the *Schroeder* plaintiffs' motion for a preliminary injunction and petition to compel arbitration (*Bernardi*, Dkt. No. 86; *Schroeder*, Dkt. No. 29);

WHEREAS, on November 9, 2011, the *Bernardi* defendants filed their Answer, which asserted two counterclaims against ATTM (*Bernardi*, Dkt. No. 87);

WHEREAS, ATTM's response to the counterclaims is due on December 5, 2011, and ATTM intends to notice any motion responding to those counterclaims for a hearing on January 13, 2012;

WHEREAS, the parties stipulate that it would be more efficient to combine the case management conferences in *Bernardi* and *Schroeder* with the hearing on any motion responding to the counterclaims in *Bernardi*;

**THEREFORE, IT IS HEREBY STIPULATED** between ATTM and the defendants in *Bernardi* and the plaintiffs in *Schroeder* that, with the Court's permission, the case management conferences in *Bernardi* and *Schroeder* shall be continued until January 13, 2012 and combined with the hearing on any motion responding to the counterclaims in *Bernardi*.

1 **IT IS SO STIPULATED.**

2 **November 23, 2011**

3 **BURSOR & FISHER P.A.**                    **MAYER BROWN LLP**

4 By: /s/ Scott A. Bursor                    By: /s/ Kevin Ranlett
      Scott A. Bursor (SBN 276006)                Kevin Ranlett (*pro hac vice*)

6 369 Lexington Avenue, 10th Floor           Donald M. Falk (SBN 150256)
  New York, NY 10017                         John M. Neukom (SBN 275887)
7 Telephone: (212) 989-9113                  Two Palo Alto Square, Suite 300
  Facsimile: (212) 989-9163                  3000 El Camino Real
8 Email: scott@bursor.com                    Palo Alto, California 94306-2112
         jmarchese@bursor.com                Telephone: (650) 331-2000
                                             Facsimile: (650) 331-2060
                                             Email: dfalk@mayerbrown.com
                                                    jneukom@mayerbrown.com

12 L. Timothy Fisher                         Andrew J. Pincus (*pro hac vice*)
   Sarah N. Westcot                          Evan M. Tager (*pro hac vice*)
13 BURSOR & FISHER, P.A.                     Archis A. Parasharami (*pro hac vice*)
   2121 North California Blvd., Suite 1010   Kevin Ranlett (*pro hac vice*)
14 Walnut Creek, CA 94596                    MAYER BROWN LLP
   Telephone: (925) 482-1515                 1999 K Street NW Washington, DC 20006
15 Facsimile: (925) 407-2700                 Telephone: (202) 263-3000
   E-Mail: ltfisher@bursor.com               Facsimile: (202) 263-3300
16         swestcot@bursor.com               Email: apincus@mayerbrown.com
                                                    etager@mayerbrown.com
17 *Attorneys for Defendants Leslie Bernardi and*    aparasharami@mayerbrown.com
18 *Laura Barrett in No. 3:11-cv-03992-CRB and*      kranlett@mayerbrown.com
   *for Plaintiffs Deborah Schroeder and Astrid*
19 *Mendoza in No. 3:11-cv-04412-CRB*        *Attorneys for Plaintiff AT&T Mobility LLC in*
                                             *No. 3:11-cv-03992-CRB and Defendant AT&T*
20                                           *Mobility LLC in No. 3:11-cv-04412-CRB*

22     *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Kevin Ranlett*

23 *hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

~~[PROPOSED]~~ **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November__ __28__, 2011

_____
IT IS SO ORDERED
Judge Charles R. Breyer