DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
JOHN M. NEUKOM (SBN 275887)
  jneukom@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiff AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>LESLIE BERNARDI and LAURA BARRETT,<br><br>            Defendants. | Case No. 3:11-cv-03992-CRB<br><br>~~PROPOSED~~ ORDER |

1  Pursuant to stipulation, it is hereby ORDERED THAT:

2  (1)  Both Plaintiff AT&T Mobility LLC's claims and Defendants Leslie Bernardi and
3  Laura Barrett's counterclaims shall be voluntarily dismissed without prejudice;

4  (2)  Because the stay of arbitrations entered on September 9, 2011 (Dkt. No. 18) is moot,
5  the $7,000 that ATTM deposited with the Court as security (Dkt. No. 44) shall be refunded to
6  ATTM.

7
8  Date: January 6, 2012      _____
          Honorable Charles R. Breyer
9         United States District Judge

